[No. 16777.  Department Two.  March 8, 1922.]

MULLINS SAW MILL COMPANY, *Respondent,* v.
L. H. WOOLFOLK, *Appellant.*[1]

APPEAL (145)—PPESERVATION OF GROUNDS—EXCEPTIONS TO FIND-
INGS—NECESSITY.  Where exceptions are not taken to findings of
fact as signed by the judge, and no error is predicated upon the
exclusion of testimony, the statement of facts will be stricken from
the record on motion therefor.

Appeal from a judgment of the superior court for
King county, Griffiths, J., entered April 30, 1921, upon
findings in favor of the plaintiff, in an action on
promissory notes, tried to the court.  Affirmed.

*Vince H. Faben,* for appellant.
*Raymond G. Wright,* for respondent.

PER CURIAM.—In this case the trial court made find-
ings of fact and conclusions of law and entered judg-
ment thereon.  No exceptions were taken to the find-
ings of fact as signed. The respondent has interposed a
motion to strike the statement of facts for that reason.
Under the prior rulings of this court, the motion must
be granted, there being no error predicated upon the
exclusion of testimony. *Peters v. Lewis,* 33 Wash. 617,
74 Pac. 815; *Shaw v. Benesh,* 37 Wash. 457, 79 Pac.
1007; *Horrell v. California etc. Ass'n,* 40 Wash. 531,
82 Pac. 889; *Crowe & Co. v. Brandt,* 50 Wash. 499, 97

[1]Reported in 204 Pac. 802; 207 Pac. 689.

Pac. 503; *Lauridsen v. Lewis,* 50 Wash. 605, 97 Pac. 663; *Fender v. McDonald,* 54 Wash. 130, 102 Pac. 1026.

The court's findings sustain its conclusions and judgment, and there being no statement of facts before us, there is no question for us to review. The judgment is therefore affirmed.

## ON REHEARING.

### [*En Banc.* June 12, 1922.]

PER CURIAM.—This cause was reargued before the court *En Banc* on May 22, 1922. Deeming ourselves fully advised in the premises, and the judges being of the opinion that the cause was correctly disposed of by the decision of Department Two, the judgment is affirmed for the reasons therein stated and as therein directed.